UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21CR1840-WQH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ALEJANDRA G. HINOJOSA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the unopposed Motion for Early Termination of Supervised Release (ECF No. 55) is granted. Defendant Alejandra G. Hinojosa's term of supervised release in this case is terminated.

Dated: December 8, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court